**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**(337) 433-9403**

## NOT DESIGNATED FOR PUBLICATION

Winfred Thomas Barrett III
Attorney at Law
3401 Ryan St., Suite 307
Lake Charles LA 70605

**REHEARING ACTION: November 24, 2010**

**Docket Number: 10   00255-CA**

**MARY FONDEL SEMIEN, IND., ETC., ET AL.**
**VERSUS**
**RAYMOND M. FONDEL, SR.**

**Appealed from Calcasieu Parish Case No. 20074817**

**BEFORE JUDGES:**

> **Hon. Ulysses Gene Thibodeaux**
> **Hon. Oswald A. Decuir**
> **Hon. James T. Genovese**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **George Fondel** has this day been

> **DENIED.**
> Genovese, J., would grant rehearing.

cc: Stephen Ronald Streete, Counsel for the Appellee
    James Wade Smith, Counsel for the Appellee